EXHIBIT A



DOB: 10SEP1986

Nationality: Colombia

Cedula: 1077 7173 283

EXHIBIT B

## SECTION 7.A: DRUG INVENTORY
## SECTION 7.B: PERSONAL INVENTORY

### SECTION 7.B.i: PERSONAL INVENTORY FOR DETAINEE # 1

| ITEM NO. | DESCRIPTION | QTY. | LOCATION FOUND |
|---|---|---|---|
| 01 | Personal Effects | 01 | ON PERSON |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

INVENTORIED BY: Officer JAVIER SERRANO    SIGNATURE: _____

INVENTORIED BY: Officer CARLOS RIASCOS    SIGNATURE: _____

### SECTION 7.B.ii: PERSONAL INVENTORY FOR DETAINEE # 2

| ITEM NO. | DESCRIPTION | QTY. | LOCATION FOUND |
|---|---|---|---|
| 01 | PERSONAL EFFECTS | 01 | ON PERSON |
| N/A | N/A | N/A | N/A |

INVENTORIED BY: Officer JAVIER SERRANO    SIGNATURE: _____

INVENTORIED BY: Officer CARLOS RIASCOS    SIGNATURE: _____

### SECTION 7.B.iii: PERSONAL INVENTORY FOR DETAINEE: # 3

| ITEM NO. | DESCRIPTION | QTY. | LOCATION FOUND |
|---|---|---|---|
| 01 | Personal Effects | 01 | ON PERSON |

INVENTORIED BY: Officer JAVIER SERRANO    SIGNATURE: _____

INVENTORIED BY: Officer CARLOS RIASCOS    SIGNATURE: _____

## SECTION 7.C: EVIDENCE INVENTORY
### SECTION 7.C.i: EVIDENCE INVENTORY FOR DETAINEE # 1

| ITEM NO. | DESCRIPTION | QTY. | LOCATION FOUND |
|---|---|---|---|
| 1 | EVIDENCE/PROPERTY BAG | 01 | ON PERSON |
| N/A | N/A | N/A | N/A |

INVENTORIED BY: Officer JAVIER SERRANO    SIGNATURE: _____

INVENTORIED BY: Officer CARLOS RIASCOS    SIGNATURE: _____

### SECTION 7.C.ii: EVIDENCE INVENTORY FOR DETAINEE # 2

| ITEM NO. | DESCRIPTION | QTY. | LOCATION FOUND |
|---|---|---|---|
| 1 | EVIDENCE/PROPERTY BAG | 01 | ON PERSON |

INVENTORIED BY: Officer JAVIER SERRANO    SIGNATURE: _____

INVENTORIED BY: Officer CARLOS RIASCOS    SIGNATURE: _____

### SECTION 7.C.iii: EVIDENCE INVENTORY FOR DETAINEE: #3

| ITEM NO. | DESCRIPTION | QTY. | LOCATION FOUND |
|---|---|---|---|
| 1 | EVIDENCE/PROPERTY BAG | 01 | ON PERSON |
| N/A | N/A | N/A | N/A |

INVENTORIED BY: Officer JAVIER SERRANO    SIGNATURE: _____

INVENTORIED BY: Officer CARLOS RIASCOS    SIGNATURE: _____

EXHIBIT C

